FILED & JUDGMENT ENTERED
Steven T. Salata

Dec 03 2014

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

LEE ANN FOX    )    Chapter 13
              )
              )    Case No. 13-31091
              )
              )

**ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM OF eCAST SETTLEMENT**

THIS MATTER coming before the undersigned Bankruptcy Judge for the United States Bankruptcy Court for the Western District of North Carolina upon the Debtor's Objection to Proof of Claim by eCast Settlement having reviewed the pleadings and evidence presented hereby the court makes the following:

1. This Chapter 13 case was filed on May 20, 2013;

2. It was thereafter confirmed on August 7, 2013;

3. Creditor filed the eighth claim in this case;

4. Creditor alleges an unsecured claim in the amount of $772.24;

5. Beyond creditor's written assertion, the proof of claim does not contain sufficient documentation to show that debtor is liable to creditor for any amount; statement mailed to the borrower at the borrower's last known address within 30 days after assessing the fee;

WHEREFORE, IT IS ORDERED

1. That the eighth claim be denied;

    2.   For any and all such further relief as the Court deems just and proper.

This Order has been signed electronically.    United States Bankruptcy Court
The Judge's signature and Court's seal
appear at the top of the Order.